JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 Santa Ana Avenue Suite "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-02447 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| SUMMER J. STEPHENSON, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Summer J. Stephenson, in the principal amount of $5,248.78 plus interest accrued to June 22, 2009, in the sum of $5,399.42; with interest accruing thereafter at a daily rate of $1.29 until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**10,648.20**.

DATED: MAY 25, 2010          By: TERRI NAFISI
                                 Clerk of the Court

                                 *(signature)*

                                 Deputy Clerk
                                 United States District Court

Page 5